# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

ORMOND E. HUNTER, JR.,

    Plaintiff,

    v.

JAMES H. MOORE, III, *et al.*,

    Defendants.

Civil Action 7:12-CV-147 (HL)

## ORDER

On November 26, 2012, Defendants James H. Moore, III, *et al.* filed a Motion to Dismiss for Failure to State a Claim (Doc. 3). Since Plaintiff is proceeding *pro se*, the Court deems it appropriate and necessary to advise him of his obligations in responding to said Motion and of the consequences which he may suffer if he fails to file a proper response thereto.

Plaintiff is advised:

(1)    that a Motion to Dismiss has been filed herein on behalf of Defendant;

(2)    that he has the right to oppose the granting of said Motion; and,

(3)    that if he fails to oppose said Motion, the complaint against Defendant may be dismissed.

Plaintiff is further advised that under the procedures and policies of this Court, motions to dismiss are normally decided on briefs. The Court considers

the complaint and briefs filed by the parties in deciding whether dismissal is appropriate under the law.

Failure of Plaintiff to respond to the Motion to Dismiss may result in the granting of said Motion. There would be no trial or any further proceedings as to the Defendant seeking dismissal.

Accordingly, Plaintiff is directed to file a response to said Motion to Dismiss no later than Monday, December 31, 2012. Defendant will then have the opportunity to file a reply brief as provided by the Local Rules. Thereafter, the Court will consider the Motion. If no response is submitted by Plaintiff, the Court will consider said Motion to be uncontested.

This Order does not affect Plaintiff's obligation to appear before the Court on December 17, 2012. Plaintiff is expected to be in Valdosta, Georgia on that date to confer with the Court about his case.

The Clerk is directed to serve Plaintiff at the address listed on the docket.

**SO ORDERED**, this the 27th day of November, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

ebr