IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ORMAND E. HUNTER, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES H. MOORE, III, *et al.*,<br><br>    Defendants. | Civil Action 7:12-cv-147 (HL) |

ORDER

On January 18, 2013, Plaintiff Ormand E. Hunter, Jr. filed a Notice of Bankruptcy (Doc. 11). Accordingly, pursuant to 11 U.S.C. § 362(a)(1), this case is automatically stayed against Mr. Hunter. The stay will be in effect until there is a ruling from the bankruptcy court. Mr. Hunter is ordered to notify the Court within fourteen days of the resolution of the bankruptcy case so that the stay can be lifted and the case can proceed.

**SO ORDERED**, this 18th day of January, 2013.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr